**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The Court **REINSTATES** the appeals.

On January 24, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant had partially retained counsel but was unable to fully pay; (3) appellant has not paid for the reporter's record; (4) the court has determined that appellant is now indigent; and (5) Jeremy Rosenthal has been appointed to represent appellant. The trial court noted that the court reporter is on short term disability due to a medical procedure and recommended that she be given sixty days from the March 1, 2013 hearing to file the reporter's record.

We **DIRECT** the Clerk to substitute Jeremy Rosenthal as appellant's appointed attorney of record in place of Bradley Voyles.

We **ORDER** Marigay Black, official court reporter of the County Court at Law No. 3, to file the reporter's record by **MAY 10, 2013**.

Appellant's brief will be due thirty days after the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marigay Black, official court reporter, County Court at Law No. 3, and to counsel for all parties.

/s/    DAVID EVANS
          JUSTICE